# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Craig T. Broussard
Attorney at Law
1009 West University Avenue
Lafayette LA 70506

Judgment on rehearing rendered and
mailed to all parties or counsel of
record on **October 24, 2018**

### REHEARING ACTION: October 24, 2018

**Docket Number: 18   00672-CW**

**MDM TOOL SUPPLY, LLC**
**VERSUS**
**JEREMY WADE GUIDRY**

**Writ Application from Lafayette Parish Case No. 2018-4548**

**BEFORE JUDGES:**

> Hon. Elizabeth A. Pickett
> Hon. Phyllis M. Keaty
> Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jeremy Wade Guidry** has this day been

> **DENIED.**

cc: Alan K. Breaud, Counsel for the Applicant
    Timothy Wayne Basden, Counsel for the Applicant